# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:23-cv-00435 JAO-BMK |
| | 1:23-cv-00459 JAO-BMK |
| | 1:23-cv-00460 JAO-BMK |
| | |
| CASE NAME: | Naki v. State of Hawaiʻi, et al. |
| | Eder, et al. v. Maui Electric Company, Limited, et al. |
| | Sheikhan, et al. v. Hawaiian Electric Industries, Inc., et al. |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | DATE: | 02/29/2024 |

COURT ACTION:  EO:  MINUTE ORDER REGARDING MARCH 6, 2024 HEARING

The March 6, 2024 hearing on the various motions in these matters will now be held at 10:00 a.m. in **Aha Kaulike** before JUDGE JILL A. OTAKE.  The hearing will be conducted only in person.

An overflow courtroom will be available on the **Second Floor**.  Please consult the Court's digital calendar on the hearing date for the courtroom assignment.

Having considered the parties' proposals regarding the structure of the hearing, the Court DIRECTS that argument will proceed according to the chart that follows.  The time limits are inclusive of any rebuttal time.

Although the Court intends to hold counsel to the time limits listed, the Court will permit additional argument in the event the Court deems it helpful to do so.  Finally, the Court requests that counsel in these matters work together to ensure counsel in all Maui wildfire cases are aware of this Minute Order.

| ISSUE | PARTY | TIME |
|---|---|---|
| CAFA | State | 15 min |
| CAFA | *Eder* Plaintiffs | 5 min |
| CAFA | Pro-Removal Defendants | 15 min |
| MMTJA | *Sheikhan* Plaintiffs | 20 min |
| MMTJA | Pro-Removal Defendants | 20 min |
| 11th Amendment/Motion to Sever | State | 5 min |
| 11th Amendment/Motion to Sever | *Sheikhan* Plaintiffs | 5 min |
| 11th Amendment/Motion to Sever | *Naki* Plaintiffs | 5 min |
| 11th Amendment/Motion to Sever | Pro-Removal Defendants | 5 min |
| Party-Specific Position | Kamehameha Schools | 5 min |
| Party-Specific Position | Maui County | 5 min |

Submitted by:  Shelli Mizukami, Courtroom Manager